UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUST AND LYNETTE LUST, | No. 2:11-cv-02051-MCE-KJN |
| Plaintiff, | |
| v. | SEALING ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

----oo0oo----

Plaintiffs move ex parte (ECF No. 26) for a protective order limiting the access of non-parties to this litigation to Exhibit "A" to the Declaration of Cherie M. Sutherland, filed August 3, 2011 (ECF No. 2). Plaintiffs' request is predicated on the ground that said Exhibit contains unredacted information concerning Plaintiff David Lust's private information, including his social security number, drivers license number, addresses, bank information, and the like.

1

Defendant State Farm filed a Statement of Non-Opposition on March 28, 2012 (ECF No. 27) indicating that Exhibit "A" was "inadvertently filed without redaction of personal information of plaintiff David Lust." State Farm accordingly joins in Plaintiffs' request that the court issue an order prohibiting access to said Exhibit.

Good cause appearing therefor, Plaintiffs' Motion for Protective Order (ECF No. 26) is GRANTED. The Clerk of Court is directed to refile ECF No. 2 under seal so that non-parties to this litigation are prevented from obtaining electronic access to that document.

IT IS SO ORDERED.

Dated: April 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE